# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 8, 2019

### NO. 03-19-00434-CV

**Jean Onuaguluchi, Appellant**

**v.**

**Ejike Edward Okpa, Appellee**

**APPEAL FROM COUNTY COURT AT LAW #4 OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on March 13, 2019. Having reviewed the record, the Court holds that Jean Onuaguluchi has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.